# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| **CREDIT BUREAU SERVICES,**  <br>      **Plaintiff,**  <br>   v.  <br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**  <br>      **Defendant.** | Civil Action No. 8:09cv3  <br><br>**ORDER** |

This matter is before the Court pursuant to the Joint Stipulation of the parties. The Court has reviewed the Joint Stipulation and finds that it should be adopted and approved. Pursuant to the Joint Stipulation of the parties, IT IS HEREBY ORDERED:

1. Plaintiff hereby stipulates and agrees that the amount of damages it claims in this action is and will forever be $75,000.00 or less, exclusive of interest and costs, and irrespective of any future amendment to the Complaint. That is, Plaintiff will not pursue or seek and may not receive more than $75,000 in damages in this case, exclusive of interest and costs.

2. This action is hereby remanded to the District Court of Dodge County, Nebraska.

3. Each party shall bear its own fees and costs incurred as a result of the removal of this case to the United States District Court for the District of Nebraska.

4. The Clerk shall mail a certified copy of his Order to the Clerk of the District Court of Dodge County, Nebraska.

Dated this 4th day of February, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge